IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

709 SANTA BARBARA AVENUE, PUEBLO, COLORADO

       Defendant.

---

**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

---

The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Tonya S. Andrews, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Claims G(2), **states**:

## JURISDICTION AND VENUE

1. The United States of America (the "United States") has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881, seeking forfeiture of defendant property based upon violations of 21 U.S.C. § 801 et seq. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2. Venue is proper under 21 U.S.C. § 881(j) and 28 U.S.C. § 1395, as the defendant property is located, and all acts described herein occurred, in the District of Colorado.

## DEFENDANT PROPERTY

3. Defendant property is more fully described as:

709 Santa Barbara Avenue, Pueblo, Colorado (defendant 709 Santa Barbara Avenue), which is more fully described as follows:

Lots 21 Thru 23 Blk 4, Sunny Heights Subdivision, First Filing,
County of Pueblo,
State of Colorado.

Upon information and belief, defendant 709 Santa Barbara Avenue is titled in the name of Robert E. and Ada L. Tombs and is unencumbered.

## FACTUAL BASIS FOR FORFEITURE

Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

4. In February 2013, Colorado Springs Drug Enforcement Administration began an investigation of the methamphetamine drug trafficking activities of Juan Carlos Rayos-Franco in the Pueblo, Colorado area.

5. Throughout the investigation of the Rayos-Franco DTO, agents learned that the organization would transport currency to Arizona and deliver methamphetamine back to Pueblo, Colorado hidden inside vehicles.

6. Surveillance was established at Rayos-Franco's residence located at 709 Santa Barbara Avenue, Pueblo, Colorado (hereinafter "defendant 709 Santa Barbara Avenue").

### July 19, 2013 seizure of drug proceeds

7. On July 19, 2013, agents observed a GMC Yukon arrive at defendant 709

Santa Barbara Avenue pulling a U-Haul car trailer. The GMC Yukon was driven by Sheriee Torres-Maes (Torres-Maes), Rayos-Franco's sister in-law.

8. Shortly thereafter, a flatbed from Alex's Towing arrived and unloaded a Nissan Maxima near the detached garage behind defendant 709 Santa Barbara Avenue.

9. Agents observed several males push the Nissan Maxima down the driveway of defendant 709 Santa Barbara Avenue and into the street. The males were seen working on the dash area of the Nissan Maxima. The males then pushed the Nissan Maxima onto the car trailer that was attached to the GMC Yukon. Rayos-Franco approached the Nissan Maxima and inspected the area the men had been working on.

10. The agents also observed several females standing near the Nissan Maxima. Two of the females were identified as Sheriee Torres-Maes and Shantal Torres, the wife of Rayos-Franco.

11. Agents later observed Torres-Maes and two other females loading luggage into the GMC Yukon. Torres-Maes then drove away from defendant 709 Santa Barbara Avenue in the GMC Yukon, pulling the Nissan Maxima on the U-Haul car trailer.

12. A traffic stop was conducted on the GMC Yukon. The officer asked Torres-Maes who owned the Nissan Maxima. Torres-Maes told the officer she did not know and that she was taking the vehicle to Albuquerque, New Mexico, to drop it off "some place." When the officer asked Torres-Maes where she picked up the vehicle, she stated somewhere on the east side of Pueblo, near East 8th Street.

13. The officer checked the VIN on the Nissan Maxima and determined that the vehicle was registered to Henry Loya (Loya). Loya, who goes by the name "Don Guero,"

was previously identified in an unrelated federal investigation as a large scale narcotics trafficker and bulk currency transporter from the Pueblo, Colorado area. Intercepted telephone calls from Torres-Maes revealed that the Rayos-Franco DTO is working with Loya.

14. The officer impounded the vehicle, pending proof of ownership. A search warrant was executed on the Nissan Maxima and $79,940.00 in United States currency was found in vacuumed sealed bags hidden in the gas tank.

### October 31, 2013 seizure of narcotics

15. From October 26, 2013 through October 29, 2013, numerous calls were intercepted between Rayos-Franco, Clint Nielsen (Nielsen), and an unidentified drug source, during which they discussed which car they would use to deliver 20 pounds of methamphetamine from Arizona to Colorado.

16. On October 28, 2013, Nielsen told Rayos-Franco he would be ready by the end of the day to pick up the rental car. Rayos-Franco asked Nielsen to see if he could get a Nissan Altima or a Maxima.

17. On October 29, 2013, Nielsen made a call to Rayos-Franco asking if Rayos-Franco's sister would be ready to go pick up the rental car. Nielsen told Rayos-Franco he was ready to go to Denver and was almost to Colorado Springs, but had to drop off his truck.

18. Agents observed Nielsen drop off his truck at a store in Colorado Springs, Colorado. Shortly thereafter, a white Dodge Charger, with Texas plates, parked next to Nielsen's truck. Nielsen came out of the store and made contact with the driver of the

Dodge Charger. Both Nielsen and the unknown male left the store in the Dodge Charger and traveled to defendant 709 Santa Barbara Avenue.

19. Nielsen exited the Dodge Charger and entered defendant 709 Santa Barbara Avenue. The Dodge Charger left the residence, but returned a short time later. Agents then observed Torres-Maes and Shantal Torres exit defendant 709 Santa Barbara Avenue, and leave with the unknown male, who was driving the Dodge Charger.

20. Agents learned that Torres-Maes had rented another vehicle, a Toyota Camry, on October 29, 2013. Torres-Maes returned to defendant 709 Santa Barbara Avenue, later that night, where she parked the Camry near the rear garage for a short time. Torres-Maes then left defendant 709 Santa Barbara Avenue in the Camry, drove to her residence located at 808 West Abriendo, Pueblo, Colorado, where she and another female were observed loading luggage into the Camry and leaving the residence.

21. On October 30, 2013, Torres-Maes had arrived at the Tempe/Phoenix Inn and Suites, in Tempe, Arizona. Torres-Maes was then observed arriving a 232 West Ardmore Road, Phoenix, Arizona and backing the Camry into the driveway of the residence.

22. During this time, agents intercepted numerous calls between Rayos-Franco and Loya discussing the deal and the cost of the methamphetamine that was being picked-up by Torres-Maes.

23. On October 31, 2013, agents learned that Torres-Maes was returning back from Arizona in the Camry. A traffic stop was initiated on the Camry near Trinidad, Colorado. The Camry was then impounded at the request of DEA Investigators.

24. During a search of the Camry, officers found 19.63 pounds of methamphetamine in sealed bags floating in the gas tank.

### December 11, 2013 receipt of drug proceeds

25. In October 2013, from intercepted phone calls between Rayos-Franco and a secondary drug source, agents identified a black Mercedes SUV that was being used by the Rayos-Franco DTO to transport shipments of currency from the sale of narcotics from Pueblo, Colorado to the southwest border of the United States.

26. On October 25, 2013, an intercepted telephone call between Rayos-Franco and this secondary drug source indicated that Rayos-Franco was waiting for money to be gathered from several of his customers and then would send the money inside a vehicle to the unidentified drug source. The vehicle to be used would be a black Mercedes SUV.

27. During surveillance in this investigation, the Mercedes had been seen at defendant 709 Santa Barbara Avenue numerous times. Intercepted conversations between Rayos-Franco, Antonio Caro, (a drug distributor for Rayos-Franco), Luz Aldrete-Sanchez (a money shipment driver), and the secondary drug source indicated Rayos-Franco was attempting to pick-up the money from Antonio Caro that Rayos-Franco owed to the source of supply.

28. During another intercepted phone call, agents learned that the driver of the Mercedes, Aldrete-Sanchez, would not allow Rayos-Franco to remove the drugs from the Mercedes until he provided the driver with the money. For several days leading up to December 11, 2013, Aldrete-Sanchez, who was driving the Mercedes, was observed at defendant 709 Santa Barbara on an almost daily basis where Aldrete-Sanchez would

stay for relatively short periods of time.

29. On December 11, 2013, agents observed the Mercedes arrive at defendant 709 Santa Barbara Avenue and park inside the garage for approximately a half hour and then leave the residence returning to the Motel 6 located on North Elizabeth in Pueblo, Colorado.

30. On December 12, 2013, the Mercedes was seen leaving the Motel 6 and driving toward Denver, Colorado. A traffic stop was performed and $20,080.00 in United States currency was found inside the luggage.

31. On April 2014, Juan Carlos Rayos-Franco was arrested and charged in Pueblo County with Controlled Substance – Conspiracy; Controlled Substance – Possession with Intent – schedule 1/2; Controlled Substance – Special Offender - Importation; state criminal case 14-cr-701.

32. A nationwide search of the Department of Labor records revealed that Juan Carlos Rayos-Franco has no reported wages.

33. Defendant 709 Santa Barbara Avenue is currently titled in the names of Robert and Ada Tombs. From October 2012 through October 2013, Robert Tombs received five cash payments from Juan Rayos-Franco for the purchase of defendant 709 Santa Barbara Avenue in the amount of $86,000.00. A Quitclaim Deed was signed by Robert and Ada Tombs on October 11, 2013, transferring ownership of defendant 709 Santa Barbara Avenue to Shantal Torres.

34. In summary, there is reasonable cause to believe that Juan Carlos Rayos-Franco is involved in the distribution of methamphetamine and that defendant 709

Santa Barbara Avenue constitutes real property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of Juan Carlos Rayos-Franco illegal drug trafficking activities, pursuant to 21 U.S.C. § 881(a)(7).

### VERIFICATION OF CHRISTOPHER KILPATRICK
### TASK FORCE OFFICER, DRUG ENFORCEMENT ADMINISTRATION

I, Task Force Officer, Christopher Kilpatrick, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

Christopher Kilpatrick
Task Force Officer - DEA

STATE OF COLORADO )
) ss
COUNTY OF PUEBLO )

The foregoing was acknowledged before me this 15 day of May 2014 by Christopher Kilpatrick, Task Force Officer, Drug Enforcement Administration.

Notary Public - Colorado
My Commission Expires: 06/15/2017

### FIRST CLAIM FOR RELIEF

35. The Plaintiff repeats and incorporates by reference the paragraphs above.

36. By the foregoing and other acts, defendant 709 Santa Barbara Avenue constitutes real property used, or intended to be used, in any manner or part to commit, or

to facilitate the commission of violations of 21 U.S.C. § 801, et seq., and therefore, is forfeited to the United States pursuant to 21 U.S.C. § 881(a)(7).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the defendant property in favor of the United States, that the United States be authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 15th day of May, 2014.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: *(signature)*

Tonya Andrews
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: tonya.andrews@usdoj.gov
*Attorney for Plaintiff*