IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01360-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

709 SANTA BARBARA AVENUE, PUEBLO, COLORADO,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to Vacate Status Conference (Docket No. 13) is granted.  The Status Conference set on August 7, 2014, at 10:30 a.m. is vacated.  It is further

     ORDERED that the United States file a Status Report on or before September 5, 2014, and monthly thereafter.

Date: August 5, 2014